UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Santiago Abreau, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.    16-cv-00140 |
| | ) | |
| 1808 Glenview, Inc., d/b/a Pizano's Pizza & Pasta, | ) | Hon. Judge Jorge L. Alonso |
| | ) | |
| Defendant(s). | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREAU, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action with prejudice, pursuant to Rule 41(a)(1)(A)(i), and in support of said motion states as follows:

1. This matter was initiated by Plaintiff on January 7, 2016.
2. Defendant has not answered and appeared through counsel and Defendant has not filed any counterclaims.
3. At this time, all matters in controversy have been resolved.

WHEREFORE, Plaintiff SANTIAGO ABREAU, respectfully requests that this Honorable Court enter an order voluntarily dismissing the matter with prejudice, and for any further relief the Court deems just and fair.

Dated: 6-29-16                                                          On Behalf of Plaintiff,

                                                                        /s/ Ivo Tchernev
                                                                        Ivo Tchernev, Esq.

1

Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132